882

No. 84-100. KUPFERSTEIN v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 84-101. BRONTEL, LTD., ET AL. v. CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 84-142. REPUBLIC OF COLOMBIA v. FONSECA ET AL. C. A. 2d Cir. Certiorari denied.

No. 84-162. AN ARTICLE OF DEVICE: "TOFTNESS RADIATION DETECTOR" ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 84-166. WINDRUSH PARTNERS, LTD., DBA WINDRUSH APARTMENTS, ET AL. v. METRO FAIR HOUSING SERVICES. C. A. 11th Cir. Certiorari denied.

No. 84-181. SUPERIOR WEST SIXTH CORP. v. CUYAHOGA COUNTY BOARD OF REVIEW ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 84-187. CHAPLAIN ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 84-192. BRADLEY ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84-203. BEHREND ET AL. v. GODWIN ET AL. C. A. 3d Cir. Certiorari denied.

No. 84-204. TOBRINER ET AL. v. REDEVELOPMENT AGENCY OF THE CITY OF CONCORD. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 84-212. INTERNATIONAL HARVESTER CO. v. WASSON ET AL. Sup. Ct. S. C. Certiorari denied.

No. 84-219. MORRIS ET AL. v. PROVIDENCE HOSPITAL. C. A. D. C. Cir. Certiorari denied.